## COMMONWEALTH v. CLEARFIELD COAL CO.

APPEAL BY THE DEFENDANT FROM THE COURT OF COMMON
PLEAS OF DAUPHIN COUNTY.

Argued June 6, 1889—Decided October 7, 1889.

Commonwealth v. Lehigh V. R. Co., ante, 429, followed.

Before STERRETT, CLARK, WILLIAMS, McCOLLUM and MITCHELL, JJ.

No. 42 May Term 1889, Sup. Ct.; court below, No. 264 March Term 1889, C. P.

On June 28, 1888, upon report made, the auditor general and state treasurer stated and entered a settlement of account for taxes against the Clearfield Bituminous Coal Corporation, of three mills upon the nominal value of scrip, bonds, and certificates of indebtedness owned by residents of Pennsylvania, per § 4, act of June 30, 1885, P. L. 193, for the year ending first Monday November, 1887. From this settlement the defendant company appealed. The cause was submitted to the decision of the court, without a jury, under the provisions of the act of April 22, 1874, P. L. 109. The specifications of objection to the settlement, the decision of the court below, SIMONTON, P. J., the exceptions filed thereto by the defendant, the order of the court below disposing of the exceptions, and the final judgment, raised essentially the same questions raised in Commonwealth v. Lehigh V. R. Co., ante, 429.

Judgment having been entered in favor of the commonwealth for the tax on $615,000 of bonds "owned by natural persons residing in Pennsylvania," with attorney general's commissions and interest, total, $2,075.62, the defendant company took this appeal, the assignments of error raising essentially the same questions with those filed in the case referred to.

Mr. M. E. Olmsted, for the appellant.

Mr. William S. Kirkpatrick, Attorney General, and Mr. John F. Sanderson, Deputy Attorney General, for the commonwealth.

OPINION, MR. JUSTICE CLARK:

This case is ruled by Lehigh V. R. Co.'s Appeal in the case of Commonwealth v. Lehigh V. R. Co., decided at this term and not yet reported [ante, 454.]

Judgment affirmed.